[No. 47144-2-II. Division Two. April 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE CARTER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 14-1-00139-2, James W. Lawler, J., entered January 14, 2015. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Bjorgen, C.J., concurred in by Maxa and Sutton, JJ.

[No. 47152-3-II. Division Two. April 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. SARAH JOCLYN OLIVAS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 14-1-00318-8, Toni A. Sheldon, J., entered January 16, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Maxa, J., concurred in by Bjorgen, C.J., and Sutton, J.

[No. 32366-8-III. Division Three. April 19, 2016.]

HELENE M. RAUN, *Appellant*, v. JOHN H. CAUDILL ET AL., *as Trustees, Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-2-03834-6, Kathleen M. O'Connor, J., entered February 7, 2014. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Lawrence-Berrey, A.C.J., and Siddoway, J.

[No. 32787-6-III. Division Three. April 19, 2016.]

*In the Matter of the Marriage of* JOSHUA PEZZULLO, *Petitioner*, and REBECCA PEZZULLO, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 13-3-00487-0, Bruce A. Spanner, J., entered August 7, 2014. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Korsmo and Siddoway, JJ.